113 A.3d 809

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Dale P. DOLESKI, Petitioner.**

Supreme Court of Pennsylvania.

April 29, 2015.

*ORDER*

PER CURIAM.

AND NOW, this 29th day of April, 2015, the Petition for Allowance of Appeal is **GRANTED,** the Superior Court's order is **VACATED,** and the matter is **REMANDED** to the Superior Court to consider Petitioner's motion for reconsideration on the merits. Petitioner's filing deadline of August 23, 2014, fell on a Saturday, and, accordingly, should have been extended to August 25, 2014, the following Monday. *See* 1 Pa.C.S. § 1908; Pa.R.A.P. 107; Pa.R.A.P. 903, note.